**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATI DEMPSEY,<br>*Plaintiff*,<br>v.<br>BERKADIA COMMERCIAL MORTGAGE, LLC,<br>*Defendant*. | No. 2:24-cv-06750 |

# ORDER

**AND NOW**, this 28th day of October, 2026, upon consideration of Plaintiff's Motion to Alter and Amend the Court's Judgment Pursuant to Fed. R. Civ. P. 59(e) ("Plaintiff's Motion") (Dkt. No. 69), Defendant Berkadia Commercial Mortgage LLC's Motion for Judgment as a Matter of Law Under Rule 50(b) ("Berkadia's Motion") (Dkt. No. 72), and the Responses thereto (Dkt. Nos. 73, 76), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Berkadia's Motion is **DENIED**.

It is **FURTHER ORDERED** that the Court's Judgment dated July 23, 2026 (Dkt. No. 64), is **VACATED**, and **JUDGMENT** is entered in favor of Plaintiff Kati Dempsey and against Defendant Berkadia Commercial Mortgage, LLC, in accordance with the jury's response to Question 4 of the Verdict Sheet (Dkt. No. 61).

BY THE COURT:

GAIL A. WEILHEIMER, J.